| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LYNCH CARPENTER, LLP<br>(Eddie) Jae K. Kim (SBN: 236805)<br>ekim@lcllp.com<br>117 E Colorado Blvd, Ste 600<br>Pasadena, CA 91105-3712<br><br>ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| William Glenn Johnson, individually and on behalf of all others similarly situated,<br><br>v.<br><br>EPISOURCE, LLC, | Plaintiff(s),<br><br><br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff William Glenn Johnson_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William Glenn Johnson | Party/Plaintiff |
| EPISOURCE, LLC | Party/Defendant |
| LYNCH CARPENTER, LLP | Plaintiffs Counsel |

July 29, 2025                                    /s/ (Eddie) Jae K. Kim
Date                                             Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                             NOTICE OF INTERESTED PARTIES